1  LEONARD T. FINK, ESQ.
   Nevada Bar No. 6296
2  NAKESHA S. DUNCAN, ESQ.
   Nevada Bar No. 11556
3  **SPRINGEL & FINK LLP**
4  10655 Park Run Drive, Suite 275
   Las Vegas, Nevada 89144
5  Telephone:    (702) 804-0706
   Facsimile:    (702) 804-0798
6  E-Mail:       *lfink@springelfink.com*
7                *nduncan@springelfink.com*

8  Attorneys for Defendants,
9  *COME LAND MAINTENANCE COMPANY, INC. and*
   *TARGET CORPORATION*
10

11              **UNITED STATES DISTRICT COURT**
12                  **DISTRICT OF NEVADA**
                          ***

13 MARIA CASTRO,                        Case No.   2:18-cv-02127-MMD-VCF

14              Plaintiff,

15 v.                                   **SUBSTITUTION OF COUNSEL**

16 TARGET CORPORATION; COME LAND
17 MAINTENANCE COMPANY, INC.; and DOES 1
   through100; And ROE CORPORATIONS 101
18 through 200

19              Defendants.

20 TARGET CORPORATION,

21              Cross-Claimant,

22 v.

23 COME LAND MAINTENANCE COMPANY,
24 INC.; and DOES 1 through 100; And ROE
   CORPORATIONS 101 through 200

25

26              Cross-Defendants.

27
28 ///

{N0592386;1}                    – 1 –

## SUBSTITUTION OF COUNSEL

TO:    ALL INTERESTED PARTIES; and

TO:    THEIR RESPECTIVE COUNSEL OF RECORD:

      COMES NOW, Defendant/Cross-Claimant, TARGET CORPORATION, hereby substitutes the law firm of Springel & Fink LLP to represent it for all purposes in the above-entitled matter in place of the law firm of Perry & Westbrook, P.C.

      DATED this 16th day of September, 2019.

SPRINGEL & FINK LLP

By:    _____

LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendants,
*COME LAND MAINTENANCE COMPANY, INC.*
*and TARGET CORPORATION*

      Defendant/Cross-Claimant, TARGET CORPORATION, hereby consents to the substitution of Springel & Fink LLP as its counsel of record in the above-entitled action in the place and stead of the law firm of Perry & Westbrook, P.C.

      DATED this ____ day of September, 2019.

By:    _____

TARGET CORPORATION

///

///

///

1

## SUBSTITUTION OF COUNSEL

2  TO:  ALL INTERESTED PARTIES; and

3  TO:  THEIR RESPECTIVE COUNSEL OF RECORD:

4        COMES NOW, Defendant/Cross-Claimant, TARGET CORPORATION, hereby substitutes the

5  law firm of Springel & Fink LLP to represent it for all purposes in the above-entitled matter in place of

6  the law firm of Perry & Westbrook, P.C.

7        DATED this 16th day of September, 2019.

8                                                    SPRINGEL & FINK LLP

9

10                                            /s/ Nakesha S. Duncan, Esq.
                                    By:
11                                            LEONARD T. FINK, ESQ.
                                             Nevada Bar No. 6296
12                                            NAKESHA S. DUNCAN, ESQ.
                                             Nevada Bar No. 11556
13                                            10655 Park Run Drive, Suite 275
                                             Las Vegas, Nevada 89144
14                                            Attorneys for Defendants,
                                             COME LAND MAINTENANCE COMPANY, INC.
15                                            and TARGET CORPORATION
16

17

18        Defendant/Cross-Claimant, TARGET CORPORATION, hereby consents to the substitution of

19  Springel & Fink LLP as its counsel of record in the above-entitled action in the place and stead of the

20  law firm of Perry & Westbrook, P.C.

21        DATED this 29th day of September, 2019.

22

23

24                                    By:
25                                            TARGET CORPORATION

26  ///

27  ///

28  ///

Perry & Westbrook, P.C. hereby withdraws as counsel of record in the above-entitled action on behalf of Defendant/Cross-Claimant, TARGET CORPORATION.

DATED this 30 ~~October~~ day of September, 2019.

PERRY & WESTBROOK, P.C.

By: _____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-12-2019 _____

## CERTIFICATE OF SERVICE
### <u>Maria Castro v. Target Corporation, et al.</u>
### U.S.D.C. Case No.:  2:18-cv-02127-MMD-VCF

STATE OF NEVADA         )
                            ) ss.

COUNTY OF CLARK       )

I, Alma Duarte, declare:

I am a resident of and employed in Clark County, Nevada.  I am over the age of eighteen years and not a party to the within action.  My business address is 10655 Park Run Drive, Suite 275, Las Vegas, Nevada, 89144.

On **November 11th, 2019**, I served the document described as **SUBSTITUTION OF COUNSEL** on the following party:

*SEE ELECTRONIC SERVICE LIST*

\_\_\_\_    VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business

\_\_\_\_    VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

 X    VIA ELECTRONIC SERVICE: by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to EDCR 8. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Alma Duarte*

_____
An employee of Springel & Fink LLP

SUBSTITUTION OF COUNSEL