LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
**SPRINGEL & FINK LLP**
9075 West Diablo Run Drive, Suite 302
Las Vegas, Nevada 89148
Telephone:     (702) 804-0706
E-Mail:        *lfink@springelfink.com*
               *nduncan@springelfink.com*
               *cfuss@springelfink.com*

Attorneys for Defendants,
*COME LAND MAINTENANCE COMPANY, INC.*
*and TARGET CORPORATION*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| MARIA CASTRO,<br><br>             Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; COME LAND MAINTENANCE COMPANY, INC.; and DOES 1 through100; And ROE CORPORATIONS 101 through 200<br><br>             Defendants. | Case No. 2:18-cv-02127-MMD-VCF<br><br>**STIPULATION TO ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Defendants, COME LAND MAINTENANCE COMPANY, INC. and TARGET CORPORATION ("DEFENDANTS"), and Plaintiff, MARIA CASTRO ("PLAINTIFF"), by and through their respective counsels of record, stipulate that:

1.  PLAINTIFF'S Complaint against DEFENDANTS, and all amendments thereto, are dismissed with prejudice;

2.  This dismissal is a resolution of all claims against DEFENDANTS, so the Court may

**STIPULATION TO ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

close this case; and

3. Each party is to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 7th day of December, 2020.   DATED this \_ day of December, 2020.

SPRINGEL & FINK LLP                      BERNSTEIN & POISSON

By: /s/Chad D. Fuss, Esq.                By: _____
LEONARD T. FINK, ESQ.                    SCOTT POISSON, ESQ.
Nevada Bar No. 6296                      Nevada Bar No. 10188
NAKESHA S. DUNCAN, ESQ.                  AMBER N. KING, ESQ.
Nevada Bar No. 11556                     Nevada Bar No. 14070
CHAD D. FUSS, ESQ.                       320 South Jones Boulevard
Nevada Bar No. 12744                     Las Vegas, NV 89107
9075 West Diablo Drive, Suite 302        Attorneys for Plaintiff,
Las Vegas, Nevada 89148                  *MARIA CASTRO*
Attorneys for Defendant/Cross-Defendant,
*COME LAND MAINTENANCE COMPANY, INC.*
*and TARGET CORPORATION*

### ORDER

Pursuant to the Stipulation entered into between the parties, the Court, having reviewed all pleadings and papers on file herein and good cause appearing therefore;

IT IS HEREBY ORDERED that:

1. PLAINTIFF'S Complaint against DEFENDANTS, and all amendments thereto, are dismissed with prejudice;

2. This dismissal is a resolution of all claims against DEFENDANTS, so the Court may close this case; and

3. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dates this 7th day of December, 2020.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

- 2 -

**STIPULATION TO ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**